UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Jeffrey J. Henson and Jenny Henson )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALAN LEBOVIDGE, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-10514-NG |

### NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney for the defendant Alan LeBovidge as Commissioner of the Department of Revenue.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Steven Thomas, BBO #496465
Assistant Attorney General
Government Bureau
One Ashburton Place, Rm 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2085

Date: April 26, 2004