UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jeffrey J. HENSON and
Jenny HENSON,

              Plaintiffs,

v.

Alan LeBovidge as COMMISSIONER OF
REVENUE for the COMMONWEALTH OF
MASSACHUSETTS, CHIEF ADMINISTRATIVE
JUSTICE of the MASSACHUSETTS TRIAL
COURT, Sheryl PATE, and the UNITED
STATES of AMERICA,

              Defendants.

CIVIL ACTION
NO. 04-10514-NG

## DEFENDANTS ALAN LEBOVIDGE, AS COMMISSIONER OF REVENUE FOR THE COMMONWEALTH OF MASSACHUSETTS, AND CHIEF ADMINISTRATIVE JUSTICE OF THE MASSACHUSETTS TRIAL COURTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Alan LeBovidge, as the Commissioner of Revenue, and the Chief Administrative Justice of the Trial Court ("State Defendants"), hereby file their Opposition to the Motion for Preliminary Injunctive Relief filed by Jeffrey J. Henson and Jenny Henson ("Henson" or "Hensons".) As grounds for this Opposition, the State Defendants state that the Hensons have, in addition to failing to state a claim for which relief may be granted, have failed to show a likelihood that they will succeed on the merits of this case. Moreover, the Hensons have produced no support or argument to show how their interest in obtaining

injunctive relief are consistent with the public good, or that they will irreparably suffer should the injunction not issue. In contrast, undue federal judicial involvement in a state court matter involving domestic issues has demonstrably negative public interest implications.

In further support of this motion to dismiss, the State Defendants submit a supporting Memorandum, filed herewith.

Respectfully submitted,

ALAN LEBOVIDGE, AS COMMISSIONER OF
REVENUE FOR THE COMMONWEALTH OF
MASSACHUSETTS, AND CHIEF ADMINISTRATIVE
JUSTICE OF THE MASSACHUSETTS TRIAL
COURTS,

By their attorney

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Steven E. Thomas, BBO# 496465
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2085

Dated: July 1, 2004

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 7/1/04.