```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF MASSACHUSETTS

JEFFREY J. HENSON, and              )
JENNY HENSON, on behalf of          )
themselves and all those            )
similarly situated,                 )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )   Civil No. 04-10514-NG
                                    )
ALAN LeBOVIDGE, in his official     )
capacity as Massachusetts           )
Commissioner of Revenue,            )
CHIEF ADMINISTRATIVE JUSTICE OF     )
THE MASSACHUSETTS TRIAL COURT,      )
UNITED STATES OF AMERICA, and       )
SHERYL PATE,                        )
                                    )
            Defendants.             )
```

                    UNITED STATES' MOTION TO DISMISS

    The United States of America, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, moves to be dismissed from this action.  The ground for this motion is that 26 U.S.C. §6402(f) specifically bars the Plaintiffs' claims.  A supporting memorandum of law is attached.

                                        MICHAEL J. SULLIVAN
                                        United States Attorney


                                        /s/ Stephen J. Turanchik
                                        _____
                                        STEPHEN J. TURANCHIK
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 55
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 307-6565
                                        stephen.j.turanchik@usdoj.gov