IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEFFREY J. HENSON, and<br>JENNY HENSON, on behalf of<br>themselves and all those<br>similarly situated, | )<br>)<br>)<br>) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 04-10514-NG |
| | ) | |
| ALAN LeBOVIDGE, in his official<br>capacity as Massachusetts<br>Commissioner of Revenue,<br>CHIEF ADMINISTRATIVE JUSTICE OF<br>THE MASSACHUSETTS TRIAL COURT,<br>UNITED STATES OF AMERICA, and<br>SHERYL PATE, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

UNITED STATES' OPPOSITION TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The United States of America, opposes the Plaintiffs' Motion
for Preliminary Injunction.  The grounds for this opposition are
the same grounds as set forth in the United States' Motion to
Dismiss and Supporting Memorandum of Law.

MICHAEL J. SULLIVAN
United States Attorney


/s/ Stephen J. Turanchik

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565
stephen.j.turanchik@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Opposition to the Plaintiffs' Motion for Preliminary Injunction has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 6th day of July, 2004:

Paul J. Adams, Esq.
Law Office of Paul Adams
21 Torrey Street
Brockton, MA 02301

Steven E. Thomas, Esq.
Commonwealth of Massachusetts
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108

/s/ Stephen J. Turanchik

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565